1182

EDWARD H. KENYON et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 42312.) LELAN BROOKINS et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 42320.) WILLIAM H. MAY et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 42325.) — GABRIELLI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.